# IN THE SUPREME COURT OF ALABAMA



May 9, 2025

**SC-2024-0130**

William C. Freeman, M.D. v. Alabama Board of Medical Examiners; Mark H. Lequire, M.D., Charles M.A. Rogers IV, M.D., Aruna T. Arora, M.D., Gregory W. Ayers, M.D., Julia L. Boothe, M.D., Tonya E. Bradley, M.D., Eli L. Brown, M.D., Hernando D. Carter, M.D., Nina S. Ford Johnson, M.D., Beverly F. Jordan, M.D., George T. Koulianos, M.D., Dick Owens, M.D., William Jay Suggs, M.D., David R. Thrasher, M.D., Jane Ann Weida, M.D., and Amanda J. Williams, M.D., in their official capacities as members of the Alabama Board of Medical Examiners; and William M. Perkins, individually and in his official capacity as Executive Director of the Alabama Board of Medical Examiners (Appeal from Montgomery Circuit Court: CV-23-901110).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on May 9, 2025:

**APPLICATION OVERRULED. NO OPINION.** McCool, J. -- Stewart, C.J., and Wise, Bryan, and Mitchell, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on March 14, 2025:

**AFFIRMED. NO OPINION.** McCool, J. -- Stewart, C.J., and Wise, Bryan, and Mitchell, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

Megan B. Rhodebeck

**Clerk, Supreme Court of Alabama**